UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAN G. VERHAAG, SR.,<br><br>        Plaintiff,<br><br>  vs.<br><br>WINDERMERE REAL ESTATE, et al.,<br><br>        Defendants. | NO.  CV-09-0374-LRS<br><br>ORDER OF DISMISSAL |

On December 14, 2010, plaintiff Dan Verhaag filed a *pro se* Complaint with this Court against the 19 known and unknown Defendants. (Ct. Rec. 1).  On December 23, 2009, the Court screened plaintiff's Complaint and determined that it failed to comply with Federal Rule of Civil Procedure 8(a).  (Ct. Rec. 7).  In the December 24, 2009 "Order to Amend Complaint" (Ct. Rec. 7), the Court directed plaintiff to file an amended complaint in compliance with the Federal Rules Of Civil Procedure 8(a) by January 27, 2010.  Plaintiff filed a timely "First Amended Complaint" on January 22, 2010 (Ct. Rec. 8).  Thereafter, the Court screened the Amended Complaint for legal and factual sufficiency as it had done with the original Complaint.  Once again, Plaintiff has failed to comply with Rule 8(a).  The Amended Complaint does not state grounds upon which the Court's federal jurisdiction is based.

ORDER OF DISMISSAL - 1

Although Plaintiff states in the title of the complaint that he is alleging a Racketeer Influenced and Corrupt Organizations Act ("RICO") claim under 18 U.S.C. §1962, Plaintiff does not state which facts support such a claim anywhere in the body of the complaint. Under Local Rule 3.2, in cases which include claims under RICO, the party asserting such claims must file and serve a RICO Case Statement within 14 days. Because plaintiff has failed to file a RICO Case Statement in compliance with LR 3.2 or an amended complaint in compliance with Rule 8(a), the Court hereby dismisses plaintiff's action without prejudice.

**IT IS HEREBY ORDERED**: Plaintiff's action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide a copy to plaintiff, and **CLOSE THIS FILE**.

**DATED** this      11th     day of March, 2010.

*s/Lonny R. Suko*

LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2