UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAN G. VERHAAG, SR., <br><br>         Plaintiff, <br><br>    vs. <br><br> WINDERMERE REAL ESTATE, et al., <br><br>         Defendants. | NO.  CV-09-0374-LRS <br><br> ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |

On March 11, 2010, the Court entered and Order of Dismissal, Ct. Rec. 9, dismissing plaintiff's claims without prejudice. On March 19, 2010, plaintiff filed a Motion For Reconsideration, Ct. Rec. 10, along with "Plaintiff's RICO Case Statement," Ct. Rec. 11. Although plaintiff has filed a RICO statement (which ordinarily have a four year statute of limitation), the alleged RICO claims (limitation) appear to the undersigned to be based upon alleged breach of contract, misrepresentation, negligence, failed business transactions and a number of factual scenarios that allegedly give rise to other claims under the common law. A RICO claim(s) cannot be based upon plaintiff's allegations presently before the Court. Absent a properly pled RICO claim, plaintiff has not shown that the Federal Court has jurisdiction inasmuch as claims under state law against residents of

ORDER OF DISMISSAL - 1

1  the same state do not, without more, result in this court having
2  jurisdiction to proceed. The Court hereby denies the motion for
3  reconsideration and the case remains dismissed without prejudice.
4      **IT IS HEREBY ORDERED**: Plaintiff's action remains **DISMISSED**
5  without prejudice.
6      **IT IS SO ORDERED.**  The District Court Executive is directed to
7  enter this Order, provide a copy to plaintiff, and **THIS FILE REMAINS**
8  **CLOSED.**
9      **DATED** this____31st____day of March, 2010.

                    ***s/Lonny R. Suko***

                    LONNY R. SUKO
           CHIEF UNITED STATES DISTRICT JUDGE

28  ORDER OF DISMISSAL - 2